118 A.3d 383

**David Lee BURNETT, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS and Pennsylvania Board of Adult Parole/Probation, Appellees.**

Supreme Court of Pennsylvania.

June 15, 2015.

## ORDER

PER CURIAM.

**AND NOW**, this 15th day of June 2015, the Order of the Commonwealth Court is hereby **AFFIRMED**.